UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA SHOEMAKER, MARTY SHOEMAKER, individually, and in their capacity as parents of ABIGAIL SHOEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>THE MARYSVILLE SCHOOL DISTRICT NO. 25, a Municipal Corporation, PETER APPLE, TWILA HAMMONTREE, and NICOLE MARKUS, | CASE NO. 2:23-cv-779 MJP<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY |

This matter comes before the Court on the parties' Stipulated Motion to Extend Discovery. (Dkt. No. 13.) Having reviewed the Motion and the Scheduling Order (Dkt. No. 12), the Court DENIES the Motion.

The parties request a two month extension, from May 20, 2024 to July 20, 2024, to conduct discovery. (Mot. at 2.) The parties claim good cause exists for this extension because key individuals needed for discovery are unavailable due to the fact that they are out of state

attending college and will not be available until the middle of May. (<u>Id.</u> at 1.) The Court finds the parties' reasoning falls short of good cause. The parties do not explain who – other than plaintiff and "another key witness" – are needed for discovery, why the discovery cannot be conducted remotely, or why sixty (60) days is necessary. For this reason, the Court DENIES the Motion without prejudice.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 27, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING STIPULATED MOTION TO EXTEND DISCOVERY - 2