UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA SHOEMAKER, MARTY SHOEMAKER, individually and in their capacity as parents of ABIGAIL SHOEMAKER,<br><br>Plaintiff,<br><br>v.<br><br>THE MARYSVILLE SCHOOL DISTRICT No. 25, PETER APPLE, TWILA HAMMONTREE, and NICOLE MARCUS,<br><br>Defendant. | CASE NO. 23-cv-779<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT REPORTS |

The parties, by and through undersigned counsel, jointly stipulate and move this court to revise the current deadline for expert witnesses pursuant to FRCP 26(a)(2) for good cause. Specifically, plaintiff's expert has advised that due to prior commitments (other cases and previously planned vacation) he has limited availability until after April, 8, 2024. Additionally, plaintiff Abigail Shoemaker is a full time student at the University of Arizona and based on her

limited availability, even remotely, will be unable to spend significant time meeting with the expert. While some work will be done remotely, the schedules of Ms. Shoemaker and plaintiff's expert require additional time.

Therefore, the parties stipulate to the following revisions to the current schedule

| Discovery task | Current Schedule | Stipulated Revision |
|---|---|---|
| Reports from Experts under FRCP 26(a)(2) due | March 19, 2024 | April 19, 2024 |

The parties hereby stipulate that the above revisions do not require an alteration to the current trial date. The above revisions will allow for more efficient discovery while allowing adequate time for resolution in advance of trial, if possible.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED March 28, 2024

By: /s/ G. (Gus) Lindsey III

G. (Gus) Benjamin Lindsey, III

Attorney for Plaintiffs

2012 Grade Rd. Suite 202

Lake Stevens, WA 98258

(425) 263-9585

guslindseyiii@gbl3law.com

DATED March 28, 2024

By: /s/Haley E. Moore          (approved via email 3/28/2024)

Patricia K. Buchanan, WSBA 19892

Haley E. Moore, WSBA 48076

Attorney for Defendants

1000 Second Ave., 30th Floor

Seattle, WA 98104

(206) 462-6700

pkb@pattersonbuchanan.com

hem@pattersonbuchanan.com

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The deadline for Reports from Experts under FRCP 26(a)(2) is continued to April 19, 2024. All other deadlines remain the same.

**IT IS SO ORDERED**

The clerk is ordered to provide copies of this order to all counsel.

Dated April 2, 2024.

Marsha J. Pechman
United States Senior District Judge