UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA SHOEMAKER, MARTY SHOEMAKER, individually, and in their capacity as parents of ABIGAIL SHOEMAKER,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARYSVILLE SCHOOL DISTRICT NO. 25, a Municipal Corporation, PETER APPLE, TWILA HAMMONTREE, and NICOLE MARKUS,<br><br>Defendants. | CASE NO. 2:23-cv-779 MJP<br><br>ORDER DENYING STIPULATION OF VOLUNTARY DISMISSAL |

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal Pursuant to CR 41(a)(1)(A). (Dkt. No. 17). Having reviewed the Stipulation and the Complaint (Dkt. No. 1), the Court finds the Stipulation improper. The parties stipulate to the voluntary dismissal of the Plaintiffs' first and fifth causes of action under Federal Rule of Civil Procedure 41(a)(1)(A). (Dkt. No. 17 at 1.) Rule 41(a) allows the parties to stipulate to the voluntary

ORDER DENYING STIPULATION OF VOLUNTARY DISMISSAL - 1

dismissal of "an action," but does not discuss dismissal of individual claims as requested by the parties. The Court "give[s] the Federal Rules of Civil Procedure their plain meaning," <u>Pavelic & LeFlore v. Marvel Entm't Grp.</u>, 493 U.S. 120, 123 (1989), and finds that Rule 41(a) is limited to dismissal of an entire action. For this reason, the Court DENIES the parties' stipulated request without prejudice.

Should the parties seek to the stipulated dismissal of some, but not all, of the claims in this case, they must amend the complaint under LCR 15(b), and do so by July 3, 2024.

Dated June 18, 2024

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING STIPULATION OF VOLUNTARY DISMISSAL - 2