UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA SHOEMAKER, MARTY SHOEMAKER, individually, and in their capacity as parents of ABIGAIL SHOEMAKER,<br><br>Plaintiffs,<br><br>v.<br><br>THE MARYSVILLE SCHOOL DISTRICT NO. 25, a Municipal Corporation, PETER APPLE, TWILA HAMMONTREE, and NICOLE MARKUS,<br><br>Defendants. | CASE NO. 2:23-cv-779 MJP<br><br>ORDER |

This matter comes before the Court sua sponte. The Court has learned that counsel for Plaintiffs Brenda Shoemaker, Marty Shoemaker, and Abigail Shoemaker, recently passed away. Trial in this case is set for October 30, 2024, but Plaintiffs have yet to contact the Court regarding the status of their case, including whether they intend to proceed pro se or if they intend to retain replacement counsel. The Court does not anticipate that the trial date will remain

ORDER - 1

as previously set, but requires an update from Plaintiffs before determining how this matter should proceed.

The Court therefore ORDERS that upon receipt of this Order, Plaintiffs are to immediately contact the Court via email at andrew_ferlo@wawd.uscourts.gov and tell the Court if they intend to proceed without counsel as Plaintiffs pro se. If not, Plaintifs are to inform the Court of their efforts to obtain replacement counsel. Counsel for Defendants must be included on the email to avoid improper ex parte communications. Alternatively, Plaintiff may call chambers at (206) 370-8824 during regular business hours to set up a conference call.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 9, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER - 2