1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

18

BRENDA SHOEMAKER, MARTY
SHOEMAKER, individually, and in
their capacity as parents of ABIGAIL
SHOEMAKER,

Plaintiffs,

v.

THE MARYSVILLE SCHOOL
DISTRICT NO. 25, a Municipal
Corporation, PETER APPLE, TWILA
HAMMONTREE, and NICOLE
MARKUS,

Defendants.

CASE NO. 2:23-cv-779 MJP

ORDER CONTINUING CASE

19

20   The Court issues this order of its own accord. Trial in this case is scheduled to begin on

21   October 30, 2024. The Court has learned that Plaintiffs' counsel of record, Mr. Lindsey, recently

22   passed away. Plaintiffs have informed the Court that they do not intend to represent themselves

23   and are seeking to secure new legal representation. The Court believes that this is a good reason

24   to pause the case, including the upcoming case deadlines and trial date.

1      Therefore, the Court ORDERS that the remaining deadlines in this matter are continued,

2  or paused, while Plaintiffs seek to retain replacement counsel. Plaintiffs have until December 11,

3  2024, to retain replacement counsel. If Plaintiffs retain replacement counsel before December 11,

4  2024, replacement counsel should promptly enter an appearance in this case. Then, within a

5  week of appearing, replacement counsel must meet and confer with counsel for the Defendants

6  and provide the Court with a joint report regarding the status of the case. The report should

7  include a proposed schedule for the remaining deadlines and trial in this matter, along with any

8  deadlines that may have been missed due to the passing of Mr. Lindsey. However, if Plaintiffs

9  have not retained replacement counsel by December 11, 2024, Plaintiffs must contact the Court

10  to discuss why they have been unable to do so.

11      The clerk is ordered to provide copies of this order to Defendants' counsel and to

12  Plaintiffs.

13      Dated October 11, 2024.

14

15                         Marsha J. Pechman

16                         United States Senior District Judge

17

18

19

20

21

22

23

24

ORDER CONTINUING CASE - 2