UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA SHOEMAKER, MARTY SHOEMAKER, individually, and in their capacity as parents of ABIGAIL SHOEMAKER,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE MARYSVILLE SCHOOL DISTRICT NO. 25, a Municipal Corporation, PETER APPLE, TWILA HAMMONTREE, and NICOLE MARKUS,<br><br>     Defendants. | CASE NO. 2:23-cv-779 MJP<br><br>ORDER TO MEET AND CONFER AND FOR JOINT STATUS UPDATE |

The Court issues this order of its own accord. On October 11, 2024, the Court paused the proceedings in this case in order to allow Plaintiff time to obtain replacement counsel. (See Dkt. No. 24.) In that order, the Court told Plaintiffs that they had "until December 11, 2024, to retain replacement counsel," and, were they unable to do so, they were to "contact the Court to discuss why." (Id. at 2.)

ORDER TO MEET AND CONFER AND FOR JOINT STATUS UPDATE - 1

1   A month has passed since the Court's deadline expired, and Plaintiffs have neither
2 retained replacement counsel nor contacted the Court to explain their inability to do so. The
3 Court finds that it is time for the case to proceed. Within 14 days of this Order, the Parties are
4 ORDERED to discuss whether Plaintiffs intend to press forward with this case or to dismiss their
5 claims against Defendants. If Plaintiffs intend to move forward, then the Parties are to discuss
6 whether Plaintiffs have identified replacement counsel or if they intend to represent themselves.
7 If they have identified replacement counsel, the Parties are to discuss when that counsel will
8 make an appearance before the Court. The Parties are further ORDERED that no later than 14
9 days after this Order, they must submit a report to the Court regarding the discussion.

10   The clerk is ordered to provide copies of this order to all counsel.

11   Dated January 22, 2025.

Marsha J. Pechman
United States Senior District Judge